In the Matter of J. DAVID GOLUB, Appellant, v COMMISSIONER OF TAXATION AND FINANCE FOR STATE OF NEW YORK et al., Respondents.

Submitted June 18, 2007; decided September 4, 2007

Motion for reargument of motion for leave to appeal denied with $100 dollars costs and necessary reproduction disbursements [*see* 8 NY3d 811].

In the Matter of SHAWN GREEN, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent.

Submitted June 4, 2007; decided September 4, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

EULAH JONES et al., Appellants, v EDWARD D. CORLEY, JR., et al., Respondents.

Submitted April 30, 2007; decided September 4, 2007

Reported below, 35 AD3d 381.

Motion for leave to appeal brought on behalf of Lucinda Swingearn and Delores Gordon dismissed upon the ground that as to them timely substitution has not been made (*see* CPLR 1021); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

ERASMO A. MARSH, Respondent, v PAUL D. HASBROUCK, Appellant, et al., Defendants. (And a Third-Party Action.)

Submitted June 18, 2007; decided September 4, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.